```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 17-12140-mdc
Claude A. Blagmon                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: JEGilmore            Page 1 of 2              Date Rcvd: Jul 30, 2020
                               Form ID: pdf900            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db             +Claude A. Blagmon,    6233 Ellsworth Street,    Philadelphia, PA 19143-2912
cr             +Regional Acceptance Corporation,    c/o Kathryn L. Mason, Esquire,    P.O. Box 650,
                 Hershey, PA 17033-0650
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. BOX 10826,
                 GREENVILLE, SC 29603-0826
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
13890638       +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
13890641       +Marlowe Zwillenberg & Ghaderi,    10 Presidential Boulevard,    #100,
                 Bala Cynwyd, PA 19004-1107
13890643       +Quality Asset Recovery,    7 Foster Avenue, #101,    Gibbsboro, NJ 08026-1191
13890645       +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
13890646       +Shellpoint Mortgage Servicing,    55 Beattie Place,    Suite 500,    Greenville, SC 29601-5116
14277413       +Shellpoint Mortgage Servicing,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13932084       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    CWABS, INC., ASSET-BACKED CERTIFICATES,,
                 Shellpoint Mortgage Servicing,    PO BOX 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 31 2020 04:51:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 04:51:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2020 04:51:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 04:58:12     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13978420        E-mail/Text: megan.harper@phila.gov Jul 31 2020 04:51:45     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13890640       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 31 2020 04:51:38     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13890642        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 04:58:16
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA 23502
13891237        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 04:57:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13890644       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 31 2020 04:58:02     Regional Acceptance Corporation,
                 P.O. Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13890639*      +Claude A. Blagmon,    6233 Ellsworth Street,    Philadelphia, PA 19143-2912
13901331*       Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                   Date Rcvd: Jul 30, 2020
                              Form ID: pdf900              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Claude A. Blagmon spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KATHRYN L. MASON    on behalf of Creditor    Regional Acceptance Corporation klm@jsdc.com,
               cls@jsdc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-8 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-8 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| CLAUDE A. BLAGMON | |
| Debtor | Bankruptcy No. 17-12140-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 30, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
CLAUDE A. BLAGMON

6233 ELLSWORTH STREET

PHILADELPHIA, PA 19143